Mabel Plumley **WILSON**, Appellant,

v.

The **STATE** of Texas, Appellee.

No. 28551.

Court of Criminal Appeals of Texas.

Nov. 7, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Appellant was convicted for the offense of being a narcotic addict, in violation of art. 725c, Vernon's Ann.P.C.; her punishment was assessed at a term of 2 years; and the execution of sentence was deferred in accordance with the terms of the Adult Probation Law, art. 781b, Vernon's Ann. C.C.P.

This purports to be an appeal from an order revoking such probation.

The record does not reflect that a notice of appeal was given and entered of record, as required by art. 827, V.A.C.C.P. In the absence thereof, this Court has no jurisdiction to entertain the appeal.

The appeal is dismissed.